UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA        CRIMINAL

VERSUS                          NO. 20-80

TROY SMITH                      SECTION: "I"

## ORDER TO SURRENDER

**IT IS HEREBY ORDERED** that TROY SMITH, the defendant, having been sentenced in the above case to the custody of the Bureau of Prisons, is hereby ordered to surrender himself to the designated institution on or before 12:00 p.m. (noon) on __Monday, May 8, 2023__.

**IT IS FURTHER ORDERED** that the Probation Officer of this Court advise the defendant of the name and location of the institution in which he is to serve his sentence within a reasonable period of time prior to the time and date that he is to report to the institution.

New Orleans, Louisiana, this __8__ day of March, 2023.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

Acknowledgment:

I agree to report as directed in this order and understand that if I fail to do so I may be cited for contempt of court and if convicted of contempt may be punished by imprisonment or fine, or both.

_____  _____
(Attorney/Witness)        (Defendant)

Distribution:
    Original - Clerk's Office
    1 Certified Copy    - United States Attorney's Office
    1 Certified Copy    - United States Marshal's Office
    2 Certified Copies  - United States Probation Office