UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CASE NO. 20-80** |
| v. | * | **SECTION: "I"** |
| **TROY SMITH** | * | |

\* \* \*

**GOVERNMENT'S RESPONSE TO DEFENDANT'S
REQUEST FOR EARLY TERMINATION OF SUPERVISED RELEASE**

**NOW INTO COURT** comes the United States of America, appearing herein through the undersigned Assistant United States Attorney, and respectfully submits this response to defendant Troy Smith's ("Smith") Request for Early Termination of Supervised Release. Rec. Doc. 750.

Smith was sentenced to six (6) months imprisonment followed by three (3) years of supervised release on March 8, 2023, after his conviction for Conspiracy to Commit Mail Fraud in connection with his participation in a staged collision scheme. Rec. Doc. 585. Smith was also ordered to perform 100 hours of unpaid community service and to pay $63,654.48 in restitution at a rate of $250.00 a month. *Id.* The Government does not object to defendant's request for the following reasons.

On September 2, 2025, Smith sent a letter to this Honorable Court requesting early termination of supervised release. Rec. Doc. 750. On September 11, 2025, the undersigned Assistant U.S. Attorney contacted Smith's probation officer, U.S. Probation Officer John Roman ("Officer Roman"), to discuss the request. Officer Roman reported: (1) he has no objection to Smith's request for early termination from supervised release, (2) Smith successfully completed his 100 hours of community service in February 2025, and (3) Smith made all of his restitution payments as ordered by this Court.

Title 18, United States Code, Section 3583(e)(1) authorizes a court to "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice."

In this matter, Smith successfully served six months of incarceration, completed his 100 hours of community service, paid restitution as ordered by this Court, and will complete two years of his three years of supervised release on October 7, 2025. Moreover, Officer Roman has no objection to Smith's request. Accordingly, the Government has no objection to Smith's request for early termination of supervised release.

    Respectfully submitted,

    MICHAEL M. SIMPSON
    ACTING UNITED STATES ATTORNEY

    /s/ *Brian M. Klebba*
    BRIAN M. KLEBBA
    Assistant United States Attorney
    U.S. Attorney's Office (E.D. La.)
    650 Poydras Street, Suite 1600
    New Orleans, Louisiana 70130
    Telephone: (504) 680-3079
    E-Mail: brian.klebba@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 19, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record. I further certify that a copy has been sent by U.S. mail to defendant Troy Smith, 343 Polk Street, Houma, Louisiana 70360.

                                              */s/ Brian M. Klebba*
                                              BRIAN M. KLEBBA
                                              Assistant United States Attorney