UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | No. 20-80 |
| TROY SMITH | SECTION I |

### ORDER

Before the Court is a *pro se* motion[1] for early termination of supervised release filed by defendant Troy Smith ("defendant"). The government does not oppose the motion.[2]

Pursuant to 18 U.S.C. § 3583(e)(1), a district court may, after considering certain factors set forth in 18 U.S.C. § 3553(a), "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." After considering the motion, presentence report, defendant's conviction history, his role in the offense, the outstanding restitution amount, the factors in § 3553(a), and the interest of justice the Court finds that early termination of supervised release is not warranted at this time. Therefore,

**IT IS ORDERED** that defendant's motion for early termination of his supervised release is **DENIED**.

New Orleans, Louisiana, October 6, 2025.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 750.
[2] R. Doc. No. 754.